UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILD HORSE FREEDOM FEDERATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>    *Defendant.* | Civ. A. No. 20-1188 (CKK) |

## JOINT STATUS REPORT

By and through their respective undersigned counsel, the parties in the above-entitled action jointly and respectfully submit this Joint Status Report. Defendant, Bureau of Land Management ("Defendant"), and Plaintiff, Wild Horse Freedom Federation ("Plaintiff"), represent the following concerning Plaintiff's FOIA request:

Defendant has completed its search for responsive records, and Plaintiff has clarified its position on the identifying objections. On November 2, 2021, Defendant provided a draft search declaration from the agency. To allow the parties the opportunity to resolve any potential objections amongst themselves, the parties respectfully request to file a further Joint Status Report on December 6, 2021, to update the Court on the parties' progress.

DATED: November 4, 2021.

Respectfully submitted

| | |
|---|---|
| /s/  *Sean T. Malone* | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| SEAN T. MALONE (OR0010) | Acting United States Attorney |
| Attorney at Law | BRIAN HUDAK |
| 259 E. 5th Ave, Ste 200-C | Acting Chief, Civil Division |
| Eugene OR 9401 | |
| (303) 859-0403 | /s/ *Anna D. Walker* |
| seanmalone8@hotmail.com | ANNA D. WALKER |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. – Civil Division |
| | Washington, D.C. 20530 |
| | (202) 252-2544 |
| | Attorneys for Defendant |