UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILD HORSE FREEDOM FEDERATION,
    Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT,
    Defendant.

Civil Action No. 20-1188 (CKK)

**ORDER**
(November 9, 2023)

In light of the parties' [37] Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 9th day of November, 2023, hereby

**ORDERED**, that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge